IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Lisa Lou Ann Thomason, | ) | Civil Action No.: 6:13-cv-01742-TMC-JDA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **REPORT AND RECOMMENDATION** |
| | ) | |
| NHC Mauldin, | ) | |
| Deborah Dobson, | ) | |
| Linda Knight, | ) | |
| Tiffany LNU, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff brought this action alleging race discrimination against four Defendants. [Doc. 1.] On October 16, 2013, Plaintiff filed a motion to dismiss her claim against NHC of Mauldin. [Doc. 33.] On October 17, 2013, the Court issued an order requiring clarification from Plaintiff. [Doc. 34.] Per the Court's Order, Plaintiff was required to file a pleading with the Court by November 1, 2013, clarifying whether she wished to dismiss her case against all Defendants or just against NHC of Mauldin. Plaintiff initially failed to respond to the Court's Order. The Court then issued an order advising Plaintiff that her action would be dismissed if she failed to respond to the Court's Order by December 2, 2013. [Doc. 40.] On December 2, 2013, Plaintiff filed a notice that she wishes to dismiss her action against all Defendants. Therefore, the undersigned recommends that Plaintiff's Motion to Dismiss [Doc. 33] be GRANTED against all Defendants.

IT IS SO RECOMMENDED.

<u>s/Jacquelyn D. Austin</u>
United States Magistrate Judge

December 4, 2013
Greenville, South Carolina