O 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Lisa Lou Ann Thomason, ) | |
| ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 6:13-cv-01742-TMC |
| ) | |
| NHC Mauldin, Deborah Dobson, Linda Knight, ) | |
| Tiffany LNU | |
| ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff                                                                                   recover from the defendant *(name)*                                                                                   the amount of                                                                    dollars ($          ), which includes prejudgment interest at the rate of            %, plus postjudgment interest at the rate of

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*                                                                   recover costs from the plaintiff *(name)* .

**X** other:   The complaint is dismissed  prejudice.
.

Decided by the Honorable Timothy M. Cain

Date:   December 30, 2013                                                                 *CLERK OF COURT*

Greenville, South Carolina                                              _____s/G. K. Prescott, Deputy Clerk_____

                                                                                                     *Signature of Clerk or Deputy Clerk*